UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 07-062 |
| v. | * | SECTION: "K" |
| TARON BLACKMON | * | |
| * * * | | |

## ORDER

Considering the foregoing Motion by the United States;

IT IS HEREBY ORDERED that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for this defendant's acceptance of responsibility should be three (3) levels.

New Orleans, Louisiana, this <u>14th</u> day of <u>September</u>, 2007

_____
HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE